## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ANGELICA AGENA,<br><br>Defendant. | CASE NO.   4:23CR3038<br><br><br>**WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER** |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)    The defendant affirms receiving a copy of the superseding indictment;

(2)    The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)    The defendant pleads not guilty to all counts of the superseding indictment.

X _Angelica Agena_ 　　　　　 _5-24-23_
Defendant　　　　　　　　　　　Date

_____　　　 _5/24/23_
Attorney for Defendant　　　　　　Date

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this _24th_ day of ___May___, 2023.

BY THE COURT:

_____
CHERYL R. ZWART
UNITED STATES MAGISTRATE JUDGE