IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-CR-3038 |
| vs. | ORDER |
| ANGELICA AGENA, | |
| Defendant. | |

This matter is before the Court on the defendant's objection (filing 47) to the Magistrate Judge's Findings and Recommendation (filing 37) recommending that the defendant's motion to suppress (filing 19) be denied. The Court has conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 37) are adopted.

2. The defendant's objection (filing 47) is overruled.

3. The defendant's motion to suppress (filing 19) is denied.

Dated this 1st day of September, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge